# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158960(53)

JAMES P. PAGE and RUSSELL DAVIS LEWIS,
     Plaintiffs-Appellants,

v

CITY OF WYANDOTTE, MAYOR OF THE
CITY OF WYANDOTTE, and CITY COUNCIL
OF THE CITY OF WYANDOTTE,
     Defendants-Appellees.
_____/

SC: 158960
COA: 339008
Wayne CC: 15-000669-CZ

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer is GRANTED. The answer submitted on March 4, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2019



Clerk